UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS WATKINS, GLOBAL LEASE GROUP INC., PRUDHVI SAMUDRALA, WILLIAM WILSON, KAREN KYUTUKYAN, RAJEEV TALREJA, GIORGIO PETRUZZIELLO, and DREW TALREJA, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, and EXCESSION, LLC, <br><br> *Defendants*. | Civil Action No. 1:24-cv-11384-PBS <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT ELON R. MUSK'S MOTION TO DISMISS**

Defendant Elon R. Musk ("Musk"), who Plaintiffs sue in his individual capacity, moves to dismiss with prejudice the thirteen consumer protection claims against him, that is, (Counts I, II, III, VI, V, VI, VII, VIII, IX, X, XIV, XV, XVI), as well as three California statutory claims (Counts XI, XII, and XIII), fraud (Count XVII), and unjust enrichment (Count XVIII).  Musk seeks dismissal of the Complaint (Dkt. 1) as an alternative to compelling arbitration, which he requests in his contemporaneously filed Motion to Compel Arbitration and To Stay ("Contemporaneous Motion").

As grounds for this motion, Defendant Musk relies on and incorporates fully the following supporting documents filed herewith: (i) the Memorandum of Law; (ii) Declaration of Eric Wolkoff in Support of Defendant Elon R. Musk's Motion to Compel Arbitration or to Stay and Defendants' Motions to Dismiss and exhibits thereto; and (iii) the Affidavit of Jake Gough in

1

Support of Defendant Elon R. Musk's Motion to Dismiss and exhibits thereto.

Should the Court decline to compel Plaintiffs to arbitrate their claims with Musk, then Musk respectfully requests the following relief.

First, that the Court stays the instant case pending the outcome of the first-filed action, *Karunatilaka et al. v. Tesla, Inc.*, No. 24-cv-01727 (C.D. Cal. Nov. 22, 2023), as Musk further requests in his Contemporaneous Motion. Second, and only if the Court declines to grant Musk's request for a stay, that the Court consider his instant request pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss with prejudice Plaintiffs claims against him as preempted and for failure to state a claim.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on his motion to dismiss.

Date: August 5, 2024

Respectfully submitted,

/s/ *Aliki Sofis*
Aliki Sofis (BBO# 675777)
Eric D. Wolkoff (BBO# 679566)
Matthew Mazzotta (BBO# 679230)
Marla L. Blum (BBO# 708966)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com
matthewmazzotta@quinnemanuel.com
marlablum@quinnemanuel.com

2

/s/ *Alex Spiro*
Alex Spiro (admitted *pro hac vice*)
Jesse Bernstein (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
jessebernstein@quinnemanuel.com

*Counsel for Defendant Elon R. Musk*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1(a)(2) by attempting to confer with counsel for Plaintiff regarding this motion on July 29, 2024.  Plaintiff opposes the relief sought in this motion.

/s/ *Eric D. Wolkoff*
Eric D. Wolkoff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on August 5, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 5, 2024

/s/ *Aliki Sofis*
Aliki Sofis