# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS WATKINS, GLOBAL LEASE GROUP INC., PRUDHVI SAMUDRALA, WILLIAM WILSON, KAREN KYUTUKYAN, RAJEEV TALREJA, GIORGIO PETRUZZIELLO, and DREW TALREJA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, and EXCESSION, LLC,<br><br>*Defendants*. | Civil Action No. 1:24-cv-11384-PBS |

## DECLARATION OF ERIC WOLKOFF IN SUPPORT OF DEFENDANT ELON R. MUSK'S MOTION TO COMPEL ARBITRATION AND TO STAY AND DEFENDANTS' MOTIONS TO DISMISS

I, Eric D. Wolkoff, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court, and a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I am an of counsel at the law firm Quinn Emanuel Urquhart & Sullivan, LLP in Boston, Massachusetts, and counsel for Defendants Elon R. Musk, Elon Musk Revocable Trust dated July 22, 2003, and Excession, LLC.

3. I entered my Notice of Appearance as counsel for Defendants in the above-captioned action on June 7, 2024 (ECF No. 14).

4. I submit this declaration in support of Defendant Elon R. Musk's Motion to Compel Arbitration or to Stay, Defendant Elon R. Musk's Motion to Dismiss, and Defendants Elon Musk

Revocable Trust dated July 22, 2003 and Excession, LLC's Motion to Dismiss (the "Motions"), filed concurrently herewith.

5. I have personal knowledge of the facts presented in this declaration, and personal familiarity with the documents and filings at issue in the Motions.

I.  **Tesla, Inc. Website Information for Named Plaintiffs**

*Chris Watkins*

6. True and correct copies of portions of the Model Y page on Tesla's website from September 6, 2020,[1] publicly available on the Wayback Machine, showing the EPA range for a Model Y, including the Model Y Long Range AWD, are attached as **Exhibit 1**.

7. A true and correct copy of a portion of the Model Y Owner's Manual on Tesla's website from October 24, 2021[2] is attached as **Exhibit 2** and states: "The driving range displayed in Model Y is based on estimated remaining battery energy and EPA-rated consumption. It does not account for your personal driving patterns or external conditions. The displayed range on the touchscreen may decrease faster than the actual distance driven."

8. A true and correct copy of the Range Tips page on Tesla's website from August 8, 2020[3] is attached as **Exhibit 3**.

*Global Lease Group, Inc.*

9. True and correct copies of portions of the Model Y page on Tesla's website from May 15, 2023,[4] publicly available on the Wayback Machine, showing the EPA range for a

---

[1] https://web.archive.org/web/20200906222110/tesla.com/modely. The dates herein for archived pages reflect the date on or near the dates of the Plaintiffs' Motor Vehicle Order Agreements with Tesla, Inc. with accessible, archived information.

[2] https://web.archive.org/web/20230515175451/https://www.tesla.com/modely.

[3] https://web.archive.org/web/20200808081141/https://www.tesla.com/support/range.

[4] https://web.archive.org/web/20230515175451/tesla.com/modely.

Model Y, including the Model Y Performance are attached as **Exhibit 4**.

10. A true and correct copy of a portion of the Model Y Owner's Manual on Tesla's website from March 28, 2023[5] is attached as **Exhibit 5** and states: "The driving range displayed in Model Y is an estimate of the remaining battery energy based on EPA-rated consumption. It may not account for your personal driving patterns or external conditions. The displayed range on the touchscreen may decrease faster than the actual distance driven."

11. A true and correct copy of the Range Tips page on Tesla's website from May 20, 2023[6] is attached as **Exhibit 6**.

*Giorgio Petruzziello*

12. True and correct copies of portions of the Model 3 page on Tesla's website from April 26, 2022,[7] publicly available on the Wayback Machine, showing the EPA range for a Model 3, including the Model 3 Long Range, are attached as **Exhibit 7**.

13. A true and correct copy of a portion of the Model 3 Owner's Manual for 2017-2023 on Tesla's website[8] is attached as **Exhibit 8** and states: "The driving range displayed in Model 3 is an estimate of the remaining battery energy based on EPA-rated consumption. It may not account for your personal driving patterns or external conditions. The displayed range on the touchscreen may decrease faster than the actual distance driven."

14. A true and correct copy of the Range Tips page on Tesla's website from January 5,

---

[5] https://web.archive.org/web/20230328135023/https://www.tesla.com/ownersmanual/modely/en_us/GUID-4AC32116-979A-4146-A935-F41F8551AFE6.html.

[6] https://web.archive.org/web/20230520050940/https://www.tesla.com/support/range.

[7] https://web.archive.org/web/20230515175451/tesla.com/modely.

[8] https://www.tesla.com/ownersmanual/2017_2023_model3/en_us/GUID-4AC32116-979A-4146-A935-F41F8551AFE6.html.

2022[9] is attached as **Exhibit 9**.

### *Prudhvi Samudrala*

15.    True and correct copies of portions of the Model 3 page on Tesla's website from April 22, 2021,[10] publicly available on the Wayback Machine, showing the EPA range for a Model 3, including the Model 3 Standard Range Plus Rear-Wheel Drive, are attached as **Exhibit 10**.

16.    A true and correct copy of a portion of the Model 3 Owner's Manual for 2017-2023 is referenced and attached *supra*.  *See* ¶ 13 and Exhibit 8.

17.    A true and correct copy of the Range Tips page on Tesla's website from March 13, 2021[11] is attached as **Exhibit 11**.

### *William Wilson*

18.    True and correct copies of portions of the Model Y page on Tesla's website from March 3, 2021,[12] publicly available on the Wayback Machine, showing the EPA range for a Model Y, and the order page for the Model Y Long Range AWD from February 26, 2021,[13] are attached as **Exhibit 12**.

19.    A true and correct copy of a portion of the Model Y Owner's Manual on Tesla's website from October 24, 2021 is referenced and attached *supra*.  *See* ¶ 7 and Exhibit 2.

20.    A true and correct copy of the Range Tips page on Tesla's website[14] from March 9, 2021, is attached as **Exhibit 13**.

---

[9]  https://web.archive.org/web/20220105193556/https://www.tesla.com/support/range.

[10] https://web.archive.org/web/20210422102218/https://www.tesla.com/model3.

[11] https://web.archive.org/web/20210313112111/https://www.tesla.com/support/range.

[12] https://web.archive.org/web/20210303051310/https://www.tesla.com/modely.

[13] https://web.archive.org/web/20210226141519/https:/www.tesla.com/modely/design#overview.

[14] https://web.archive.org/web/20210309054629/https://www.tesla.com/support/range.

*Karen "Gary" Kyutukyan*

21.     True and correct copies of portions of the Model Y page on Tesla's website from May 13, 2021,[15] publicly available on the Wayback Machine, showing the EPA range for a Model Y, and the order page for the Model Y Performance from November 20, 2021,[16] are attached as **Exhibit 14**.

22.     A true and correct copy of a portion of the Model Y Owner's Manual on Tesla's website from October 24, 2021 is referenced and attached *supra*.  *See* ¶ 7 and Exhibit 2.

23.     A true and correct copy of the Range Tips page on Tesla's website from October 14, 2021[17] is attached as **Exhibit 15**.

*Rajeev Talreja*

24.     True and correct copies of portions of the Model 3 page on Tesla's website from March 8, 2020,[18] publicly available on the Wayback Machine, showing the EPA range for a Model 3, including a Model 3 Standard Range Plus Rear-Wheel Drive, are attached as **Exhibit 16**.

25.     A true and correct copy of a portion of the Model 3 Owner's Manual for 2017-2023 is referenced and attached *supra*.  *See* ¶ 13 and Exhibit 8.

26.     A true and correct copy of the Range Tips page on Tesla's website from August 8, 2020 is referenced and attached *supra*.  *See* ¶ 8 and Exhibit 3.

27.     True and correct copies of portions of the Model X page on Tesla's website from December 19, 2023,[19] publicly available on the Wayback Machine, showing the EPA range for a

---

[15]  https://web.archive.org/web/20210513041621/https://www.tesla.com/modely.

[16]  https://web.archive.org/web/20211120114224/https:/www.tesla.com/modely/design#overview.

[17]  https://web.archive.org/web/20211014195611/https://www.tesla.com/support/range.

[18]  https://web.archive.org/web/20200308170733/https://www.tesla.com/model3.

[19]  https://web.archive.org/web/20200308170733/https://www.tesla.com/model3.

Model X,[20] are attached as **Exhibit 17**.

28. A true and correct copy of a portion of the Model X Owner's Manual on Tesla's website from June 10, 2023[21] is attached as **Exhibit 18** and states: "The driving range displayed in Model X is an estimate of the remaining battery energy based on EPA-rated consumption. It may not account for your personal driving patterns or external conditions. The displayed range on the instrument panel may decrease faster than the actual distance driven."

29. A true and correct copy of the Range Tips page on Tesla's website from December 21, 2023[22] is attached as **Exhibit 19**.

*Drew Talreja*

30. True and correct copies of portions of the Model 3 page on Tesla's website from May 28, 2022,[23] publicly available on the Wayback Machine, showing the EPA range for a Model 3[24] are attached as **Exhibit 20**.

31. A true and correct copy of a portion of the Model 3 Owner's Manual for 2017-2023 is referenced and attached *supra*. See ¶ 13 and Exhibit 8.

32. A true and correct copy of the Range Tips page on Tesla's website from May 25, 2022[25] is attached as **Exhibit 21**.

---

[20] Due to archiving limitations, it is only possible to view the specifications for Model X Plaid, not the Model X that R. Talreja ordered. This explains any difference from the range on the "Monroney" label or window sticker that Tesla provided R. Talreja. *See* Gough MTD Aff., Ex. H.

[21] https://web.archive.org/web/20230705041855/https://www.tesla.com/ownersmanual/modelx/en_us/.

[22] https://web.archive.org/web/20231221172903/https://www.tesla.com/support/range.

[23] https://web.archive.org/web/20220528133618/https://www.tesla.com/model3.

[24] Due to archiving limitations, it is only possible to view the specifications for Model 3 Performance, not the Model 3 Rear-Wheel Drive that D. Talreja ordered. This explains any difference from the range on the "Monroney" label or window sticker that Tesla provided D. Talreja. *See* Gough MTD Aff., Ex. I.

[25] https://web.archive.org/web/20220525121254/https://www.tesla.com/support/range.

## II. Corporate Information for Tesla, Inc. and Excession, LLC

33. A true and correct copy of the State of Texas Certificate of Conversion of a Delaware Corporation to a Texas Corporation for Tesla, Inc. filed with the Secretary of the State of Texas is attached as **Exhibit 22**.

34. A true and correct copy of the Certificate of Formation for Excession, LLC filed with the Secretary of State of Texas is attached as **Exhibit 23**.

35. I searched the Secretary of State of the Commonwealth of Massachusetts' corporations database for "Excession, LLC." A true and correct copy of the search results finding "no records" is attached as **Exhibit 24**.

## III. Filings and Orders from Prior and Pending Similar Actions Against Tesla, Inc.

36. A true and correct copy of the Amended Complaint filed in the United States District Court for the Northern District of California on October 23, 2023, in the action styled *Porter et al. v. Tesla, Inc.*, No. 23-cv-03878 is attached as **Exhibit 25**.

37. A true and correct copy of the Order Granting Motion to Compel Arbitration on an Individual Basis issued by the United States District Court for the Northern District of California on March 7, 2024, in the related actions styled *Porter et al. v. Tesla, Inc.*, No. 23-cv-03878 and *Van Diest et al. v. Tesla, Inc.*, No. 23-cv-4098 is attached as **Exhibit 26**.

38. A true and correct copy of the Order Granting in Part and Denying in Part Defendant's Motion to Dismiss issued by the United States District Court for the Central District of California on June 21, 2024, in the action styled *Reynolds v. Tesla, Inc.*, No. 23-cv-09665 is attached as **Exhibit 27**.

39. A true and correct copy of the Complaint filed in the United States District Court for the Eastern District of California on November 22, 2023 (subsequently transferred to the Central District of California), in the action styled *Karunatilaka et al. v. Tesla, Inc.*, No. 24-cv-01727 is attached as **Exhibit 28**.

Dated: August 5, 2024

By: /s/ *Eric D. Wolkoff*
Eric D. Wolkoff (BBO# 679566)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
ericwolkoff@quinnemanuel.com

*Counsel for Defendants Elon R. Musk, Elon Musk Revocable Trust dated July 22, 2003, and Excession, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on August 5, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 5, 2024

/s/ *Eric D. Wolkoff*
Eric D. Wolkoff