## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRIS WATKINS, GLOBAL LEASE GROUP INC., PRUDHVI SAMUDRALA, WILLIAM WILSON, KAREN KYUTUKYAN, RAJEEV TALREJA, GIORGIO PETRUZZIELLO, and DREW TALREJA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, and EXCESSION LLC,<br><br>*Defendants.* | Civil Action No. 1:24-cv-11384-PBS |

## AFFIDAVIT OF JAKE GOUGH IN SUPPORT OF DEFENDANT ELON R. MUSK'S MOTION TO COMPEL ARBITRATION OR TO STAY

I, Jake Gough, hereby declare under penalty of perjury, pursuant to 28 U.S. Code § 1746:

1.      I am over eighteen years of age.  I am aware of the following based on my own personal knowledge and my review of relevant documents.

2.      I am a Sr. Manager of Software Engineering at Tesla, Inc. ("Tesla"), where I have been employed for more than 8 years.  In my position, I am familiar with the sales of Tesla vehicles, including the related document creation and record-keeping procedures.  I am also familiar with those processes as of the date of the subject transactions involving Chris Watkins ("Watkins"); Global Lease Group, Inc. ("GLG"); Giorgio Petruzziello ("Petruzziello"); Prudhvi Samudrala ("Samudrala"); William Wilson ("Wilson"); Karen "Gary" Kyutukyan ("Kyutukyan"); Rajeev Talreja ("R. Talreja"); and Drew Talreja ("D. Talreja").  Based on such personal knowledge and

my review of Tesla's files for each of these Plaintiffs, I am able to declare the following.

3.      As part of its business, Tesla regularly generates and maintains a variety of records relating to its transactions and communications with customers.  Tesla currently maintains such records in a databased called DocGen.  DocGen incudes copies of, among other things customer Motor Vehicle Order Agreements ("Order Agreement").

4.      To place an order, the customer must either select the vehicle (in the case of a used vehicle) or configure the vehicle by selecting various options (in the case of a new vehicle), enter payment details and other information, and click a button to place the order and agree to Tesla's terms and conditions.  The terms and conditions are set forth in the Order Agreement.  At the time of the order, the customer need only pay the "Order Payment," with the balance due at or shortly before the time they take delivery (i.e., possession) of the vehicle.

5.      After a customer completes the order process, the customer receives various documents in their Tesla Account, including a Vehicle Configuration that shows details of the customer's order and includes a record of when the customer placed the order and accepted the applicable Order Agreement.  A customer also receives in their Tesla account a copy of the Order Agreement and final price sheet.

6.      The exhibits referenced in an attached to this affidavit are records relating to the following Plaintiffs from DocGen.

7.      Watkins entered into an Order Agreement for a Model Y Long Range AWD on September 14, 2020.  Watkins' Order Agreement is attached as **Exhibit A**.

8.      GLG entered into an Order Agreement for a Model Y Performance on May 18, 2023.  GLG's Order Agreement is attached as **Exhibit B**.

9.      Petruzziello entered into an Order Agreement for a Model 3 Long Range on April

27, 2022.  Petruzziello's Order Agreement is attached as **Exhibit C**.

10.     Samudrala entered into an Order Agreement for a Model 3 Standard Range Plus Rear-Wheel Drive on April 27, 2021.  Samudrala's Order Agreement is attached as **Exhibit D**.

11.     Wilson entered into an Order Agreement for a Model Y Long Range AWD on March 6, 2021.  Wilson's Order Agreement is attached as **Exhibit E**.

12.     Kyutukyan entered into an Order Agreement for a Model Y Performance on November 26, 2021.  Kyutukyan's Order Agreement is attached as **Exhibit F**.

13.     R. Talreja entered into an Order Agreement for a Model 3 Standard Range Plus Rear-Wheel Drive on March 10, 2020, and an Order Agreement for a Model X on December 21, 2023.  R. Talreja's Order Agreements are attached hereto as **Exhibit G & H**.

14.     D. Talreja  entered into an Order Agreement for a Model 3 Rear-Wheel Drive on May 28, 2022.  D. Talreja's Order Agreement is attached hereto as **Exhibit I**.

15.     When a customer agrees to an Order Agreement with an "Agreement to Arbitrate," the arbitration agreement provides instructions to the customer about where to send notice if the customer elects to opt out of arbitration.  When Tesla receives a customer's notice opting out of an arbitration agreement, a copy of that notice is stored in DocGen.

16.     DocGen records do not show that any of these Plaintiffs mailed to Tesla at the address provided in their Order Agreements any request to opt out of the Agreement to Arbitrate.  If any of these Plaintiffs mailed such a request to Tesla, a copy would be stored in Tesla's DocGen records.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed:  August 2, 2024

By: _____

Jake Gough

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was filed on August 5, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 5, 2024                                   /s/  *Aliki Sofis*
                                                                              Aliki Sofis