UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS WATKINS, ERIC DAY, GLOBAL LEASE GROUP INC., PRUDHVI SAMUDRALA, WILLIAM WILSON, KAREN KYUTUKYAN, RAJEEV TALREJA, GIORGIO PETRUZZIELLO, DREW TALREJA, KRIS NATHAN, EDUARD CHENETTE, WALID YASSIR, and VARSHA LUTHRA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON R. MUSK, individually and in his capacity as Trustee of the ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>*Defendants*. | Civil Action No. 1:24-cv-11384-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT ELON R. MUSK'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Elon R. Musk ("Musk"), who Plaintiffs sue in his individual capacity, moves to dismiss with prejudice all claims against him in Plaintiffs' First Amended Complaint (Dkt. No. 40). Musk seeks dismissal as an alternative to compelling arbitration, which he requests in his contemporaneously filed Motion to Compel Arbitration. Should the Court decline to compel Plaintiffs to arbitrate their claims with Musk, then Musk respectfully requests that the Court grant his instant request to dismiss with prejudice the claims against him pursuant to Fed. R. Civ. P. 12(b)(1) ) as preempted and because Plaintiffs lack standing to assert them, and/or pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

1

As grounds for this motion, Defendant Musk relies on and incorporates fully the following supporting documents filed herewith: (i) the Memorandum of Law; (ii) Declaration of Eric Wolkoff in Support of Defendant Elon R. Musk's Motion to Compel Arbitration and Motion to Dismiss and exhibits thereto; and (iii) the Affidavit of Jake Gough in Support of Defendant Elon R. Musk's Motion to Compel Arbitration and Motion to Dismiss and exhibits thereto.

## REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on his Motion to dismiss Plaintiffs' First Amended Complaint.

Date: September 30, 2024

Respectfully submitted,

/s/ *Aliki Sofis*
Aliki Sofis (BBO# 675777)
Eric D. Wolkoff (BBO# 679566)
Matthew Mazzotta (BBO# 679230)
Marla L. Blum (BBO# 708966)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com
matthewmazzotta@quinnemanuel.com
marlablum@quinnemanuel.com

/s/ *Alex Spiro*
Alex Spiro (admitted *pro hac vice*)
Jesse Bernstein (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
jessebernstein@quinnemanuel.com

*Counsel for Defendant Elon R. Musk*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1(a)(2) by attempting to confer with counsel for Plaintiffs regarding this motion on September 28, 2024. Plaintiffs oppose the relief sought in this motion.

/s/ *Eric D. Wolkoff*
Eric D. Wolkoff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on September 30, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  September 30, 2024                    /s/ *Aliki Sofis*
Aliki Sofis