UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS WATKINS, ERIC DAY, GLOBAL LEASE GROUP INC., PRUDHVI SAMUDRALA, WILLIAM WILSON, KAREN KYUTUKYAN, RAJEEV TALREJA, GIORGIO PETRUZZIELLO, DREW TALREJA, KRIS NATHAN, EDUARD CHENETTE, WALID YASSIR, and VARSHA LUTHRA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON R. MUSK, individually and in his capacity as Trustee of the ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>*Defendants*. | Civil Action No. 1:24-cv-11384-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT ELON R. MUSK IN HIS CAPACITY AS TRUSTEE OF THE ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Elon R. Musk, in his capacity as Trustee of the Elon Musk Revocable Trust Dated July 22, 2003 ("Musk Trust") moves to dismiss the First Amended Complaint's (Dkt. 40) claims against it (Counts I-X, XIV-XVI). The Court lacks personal jurisdiction over Musk Trust and should dismiss all claims against it pursuant to Fed. R. Civ. P. 12(b)(2). In the alternative, Plaintiffs have failed to state any claim against Musk Trust and the Court should dismiss their claims under Fed. R. Civ. P. 12(b)(6). As grounds for this motion, Musk Trust relies on and incorporates fully the Memorandum of Law filed herewith.

Additionally, to the extent that any claims survive dismissal, Musk Trust incorporates by reference Defendant Elon R. Musk's preemption and standing arguments as set forth in his Motion

1

to Dismiss the claims brought against him in his individual capacity and accompanying memorandum of law, filed concurrently herewith, and respectfully requests dismissal of all claims against it.

## REQUEST FOR ORAL ARGUMENT

Defendant Musk Trust respectfully request oral argument on its Motion to Dismiss Plaintiffs' First Amended Complaint.

Date: September 30, 2024

Respectfully submitted,

/s/ *Aliki Sofis*
Aliki Sofis (BBO# 675777)
Eric D. Wolkoff (BBO# 679566)
Matthew Mazzotta (BBO# 679230)
Marla L. Blum (BBO# 708966)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
alikisofis@quinnemanuel.com
ericwolkoff@quinnemanuel.com
matthewmazzotta@quinnemanuel.com
marlablum@quinnemanuel.com

/s/ *Alex Spiro*
Alex Spiro (admitted *pro hac vice*)
Jesse Bernstein (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
jessebernstein@quinnemanuel.com

*Counsel for Defendant Elon R. Musk as Trustee of Elon Musk Revocable Trust Dated July 22, 2003*

3

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1(a)(2) by attempting to confer with counsel for Plaintiffs regarding this motion on September 28, 2024. Plaintiffs oppose the relief sought in this motion.

/s/ *Eric D. Wolkoff*
Eric D. Wolkoff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on September 30, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  September 30, 2024          /s/ *Aliki Sofis*
Aliki Sofis