UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS WATKINS, ERIC DAY, GLOBAL LEASE GROUP INC., PRUDHVI SAMUDRALA, WILLIAM WILSON, KAREN KYUTUKYAN, RAJEEV TALREJA, GIORGIO PETRUZZIELLO, DREW TALREJA, KRIS NATHAN, EDUARD CHENETTE, WALID YASSIR, and VARSHA LUTHRA, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON R. MUSK, individually and in his capacity as Trustee of the ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>*Defendants*. | Civil Action No. 1:24-cv-11384-PBS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT ELON R. MUSK'S MOTION TO COMPEL ARBITRATION**

Defendant Elon R. Musk ("Musk"), as his primary form of relief, moves to compel the Plaintiffs to arbitrate their claims individually, as their arbitration agreements require. If the Court declines to grant this relief, then Musk respectfully requests that the Court consider his contemporaneously filed Motion to Dismiss Plaintiffs' First Amended Complaint.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests oral argument on his Motion to Compel Arbitration.

1

| | |
|---|---|
| Date: September 30, 2024 | Respectfully submitted,<br><br>/s/ *Aliki Sofis*<br>Aliki Sofis (BBO# 675777)<br>Eric D. Wolkoff (BBO# 679566)<br>Matthew Mazzotta (BBO# 679230)<br>Marla L. Blum (BBO# 708966)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>Fax: (617) 712-7200<br>alikisofis@quinnemanuel.com<br>ericwolkoff@quinnemanuel.com<br>matthewmazzotta@quinnemanuel.com<br>marlablum@quinnemanuel.com<br><br>/s/ *Alex Spiro*<br>Alex Spiro (admitted *pro hac vice*)<br>Jesse Bernstein (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>alexspiro@quinnemanuel.com<br>jessebernstein@quinnemanuel.com<br><br>*Counsel for Defendant Elon R. Musk* |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1(a)(2) by attempting to confer with counsel for Plaintiffs regarding this motion on September 28, 2024. Plaintiffs oppose the relief sought in this motion.

/s/ *Eric D. Wolkoff*
Eric D. Wolkoff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on September 30, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 30, 2024              /s/ *Aliki Sofis*
                                       Aliki Sofis